IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**VALERIE SLAUGHTER,**

**Plaintiff,**

**v.**

**LABORERS LOCAL 670 and
FRED WEBER, INC.,**

**Defendants.**                                                              **No. 06-CV-503-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

This matter comes before the Court on Plaintiff's objections to the order denying motion for appointment of counsel. (Doc. 20.)  Plaintiff objects to the Order (Doc. 16) entered on February 23, 2007 by Magistrate Judge Clifford J. Proud denying her motion for appointment of counsel (Doc. 13).

Having reconsidered the matter, the Court finds that Judge Proud's decision was neither contrary to law nor clearly erroneous.  Accordingly, the Court declines to set aside Judge Proud's Order.  **See S.D. Ill. Local Rule 73.1(a)** ("A District Judge of the court shall reconsider the matter and shall set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law.").

Although Plaintiff has contacted a few law firms and legal organizations, the Court maintains that Plaintiff has still not made a sufficient attempt to retain counsel on her own.  The Court understands that Plaintiff has been assisted by legal

1

counsel who was appointed to her in another case and, therefore, the pleadings she has submitted may not accurately reflect her independent skills and abilities. Nevertheless, the Court finds that the legal principles involved and Plaintiff's abilities are such that she should be capable of proceeding without the assistance of counsel, provided she reads the rules and statutes involved, which she can find in the library or online. For these reasons, the Court **AFFIRMS** Judge Proud's Order denying Plaintiff's motion for appointment of counsel. (Doc. 16.)

**IT IS SO ORDERED.**

Signed this 20th day of March, 2007.

/s/      David   RHerndon
**United States District Judge**